IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 po 003

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| 1) JEROME BROCK PARKER, ) | |
| 2) JERRY FRANCIS PARKER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** came on before the undersigned pursuant to Government's Motion to Dismiss Remaining Counts (#24) filed by the Government. In the motion, the Government requests that counts one, three, eight and nine be dismissed as to Defendant Jerry Francis Parker and that all counts as to the Defendant Jerome Brock Parker be dismissed. It appears to the undersigned that good cause has been shown for the granting of the motion and, pursuant to the terms of a Plea Agreement, Jerry Francis Parker entered a plea of guilty on October 16, 2014 to count two as contained in the bill of information. As a result, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Government's Motion to Dismiss Remaining Counts (#24) is hereby **ALLOWED** and counts one, three,

eight and nine as to Defendant Jerry Francis Parker and all counts presenting charges against Defendant Jerome Brock Parker are hereby **DISMISSED.**

Signed: October 20, 2014

Dennis L. Howell
United States Magistrate Judge